147 A.3d 398

**DICKS, Andrew Joseph**

v.

**STATE of Maryland**

**Pet. Docket No. 307, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Dismissed by the Court of Special Appeals (No. 1183, Sept. Term, 2015).

Petition for writ of certiorari dismissed.

■

147 A.3d 398

**EASLEY, Deandre**

v.

**STATE of Maryland**

**Pet. Docket No. 277, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1346, Sept. Term, 2015).

Petition for writ of certiorari denied.